NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0516n.06

No. 10-3515

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

*Jul 25, 2011*

LEONARD GREEN, Clerk

LNB BANCORP, INC.,

    Plaintiff-Appellee,

v.

RICHARD M. OSBORNE, Individually and as the
Trustee for the other Richard Osborne Trust,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF OHIO

BEFORE: GRIFFIN and WHITE, Circuit Judges; and WATSON, District Judge.[*]

PER CURIAM.

On February 15, 2010, defendant Richard M. Osborne filed a motion to dissolve a preliminary injunction entered by the district court on April 3, 2009. On March 23, 2010, the district court denied Osborne's motion. Osborne now timely appeals. We review a district court's denial of a motion to dissolve a preliminary injunction for an abuse of discretion. *See Reese v. City of Columbus*, 71 F.3d 619, 622 (6th Cir. 1995); *cf. Bazzetta v. McGinnis*, 430 F.3d 795, 802 (6th Cir. 2005) (noting that a district court's denial of a request to dissolve a permanent injunction is reviewed for an abuse of discretion).

---

[*]The Honorable Michael H. Watson, United States District Judge for the Southern District of Ohio, sitting by designation.

We conclude that the district court did not abuse its discretion in denying Osborne's motion to dissolve the preliminary injunction. After carefully reviewing the record below, the parties' briefs, and the arguments contained therein, we are persuaded that the district court properly analyzed the issue in this case and correctly denied Osborne's motion. Rather than issue a detailed opinion, which would serve no useful purpose, we adopt the district court's reasoning set forth in its order dated March 23, 2010.

AFFIRMED.